## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

TODD LOPEZ, AS PERSONAL
REPRESENTATIVE OF THE WRONGFUL
DEATH ESTATE OF JAMES MATHIS, and
DEBORAH MATHIS, individually,

    Plaintiff,

v.                                        Case No. 1:21-cv-00601-SCY-JHR

UNITED PARCEL SERVICE OF AMERICA, INC.,
UPS GROUND FREIGHT, INC.,
ATRIX TRUCKING CORP, and
DARWIN CARDENAS-NUNEZ,

    Defendants.

## **NOTICE OF GOOD STANDING**

COMES NOW Law Office of David Fadduol, LLC (David Fadduol) and hereby certifies that Michael Carr of Carr and Carr is a member in good standing of the bars of the State of Oklahoma and the State of Arkansas.

    Respectfully submitted,

    **Law Office of David Fadduol, LLC**

    */s/ David Fadduol*_____
    David Fadduol
    500 Tijeras Ave NW
    Albuquerque, NM 87102
    (505) 355-1316
    (505) 355-1945 fax
    david@df-lawfirm.com
    *Attorney for Plaintiffs*

I HEREBY CERTIFY that on the 6th day of
July, 2021, I filed the foregoing electronically
through the electronic filing system, which caused the
following parties or counsel to be served by
electronic means, as more fully reflected on the
Notice of Electronic Filing:

Monica R. Garcia – mrgarcia@btblaw.com
Attorney for Defendants

*/s/ David Fadduol*_____
David Fadduol